**THOMAS F. PITARO, ESQ.**
Nevada Bar No. 001332
330 South Third Street
Suite #860
Las Vegas, Nevada  89101
(702) 382-9221
Attorney for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ARLANDERS GIBSON et al,<br><br>    Defendant. | Case No.  CR-03-00350-LRH-LRL |

### MOTION FOR REMOVAL FROM THE CM/ECF SYSTEM SERVICE LIST AND ORDER GRANTING MOTION

**COMES NOW, THOMAS F. PITARO, ESQ.**, attorney for Darreal Biddle, and files this Motion for Removal from the CM/ECF System Liste (the "Motion") in the above-entitled matter.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

The basis of this Motion is this Motion is that Darreal Biddle is no longer listed as a party to this action in the Plaintiff's most recent Amended Complaint and is therefore no longer a Defendant or party herein.

**DATED** this 25th day of November, 2011.

      /S/ Thomas F. Pitaro
Nevada Bar No. 001332
330 South Third Street
Suite #860
Las Vegas, Nevada 89101
Attorney for Defendant

**ORDER**

**IT IS SO ORDERED**.

**DATED** this 1st day of December, 2011.

_____
**UNITED STATES DISTRICT JUDGE**